AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

# CRIMINAL COMPLAINT

**AYUDHIA SARESH NARAIN, JR.**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___February 18, 2007___ in ___WASHINGTON___ county, in the

_____ District of ___COLUMBIA___ defendants did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, firearm, that is, a High Point 9mm semi-automatic handgun.**

in violation of Title ___21 & 18___ United States Code, Section(s) ___841(a)(1); and 924(c)(1)___.

I further state that I am ___OFFICER RAOUL SHORT___, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER RAOUL SHORT**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     ___Washington, D.C._____
Date                                                          City and State

_____          _____
Name & Title of Judicial Officer               Signature of Judicial Officer

## STATEMENT OF FACTS

On February 18, 2007, a sworn officer of the Metropolitan Police Department's First District saw the defendant, Ayudhia Narain, Jr., in a car in the middle of the intersection at 4th and F Streets, N.E., Washington, D.C.  The officer drove by and noticed that the defendant was asleep at the wheel. When the officer approached the driver's side window, he could smell a strong odor consistent with alcohol.   The defendant was removed from the car, so the officer could conduct a breath test and intoxilyzer analysis.   When the officer removed the defendant from the car, he saw a gun in the driver's side door/control panel of the car.   Officers placed the defendant under arrest. Officers recovered a loaded High Point 9mm semi-automatic handgun.  A further search of the car, revealed a one ounce bottle containing a liquid with an odor consistent with PCP inside of a black sock on the rear seat.  Recovered from the defendant's pocket was $2,000.00 in U.S. currency.  A search of the trunk area revealed approximately 394 grams of a white rock-like powder substance, and $1,449.00 in U.S. currency.   The white rock-like powder substance appeared to be crack cocaine. A portion of the white rock-like powder substance field tested positive for cocaine.   The amount of the white rock-like powder substance is an amount commonly indicating that it was going to be sold to others rather than used exclusively by the defendant.


_____
OFFICER RAOUL SHORT
FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF FEBRUARY, 2007.


_____
U.S. MAGISTRATE JUDGE