UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   07-046-M-01 |
| AYUDHIA SURESH NARAIN, JR., | * |
| | * |
| Defendant, | * |
| | * |

\*   \*   \*   \*   \*   \*   \*

PRAECIPE

Please enter the appearance of Rudolph Acree, Jr., Esq., of 1211 Connecticut Avenue, NW Suite #506, Washington, D.C. 20036 as counsel for the defendant Mr. Ayudhia Suresh Narain, Jr. in the above captioned matter. Mr. Narain has retained Mr. Acree in this matter.

Rudolph Acree, Jr. is a member of this Court's Bar and is in good standing.

Respectfully Submitted,

_____/S/_____
Rudolph Acree, Jr.
1211 Connecticut Ave. N.W.
Suite #506
Washington, D.C. 20036
Telephone 202 331-1961
Counsel for the Defendant